

# FELICIA PITRE
# DALLAS COUNTY DISTRICT CLERK

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/23/2015 7:40:19 AM
LISA MATZ
Clerk

NINA MOUNTIQUE
CHIEF DEPUTY

LISA MATZ                                                        January 22, 2015
Clerk of the Court, Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

| | |
|---|---|
| TRIAL COURT CAUSE NO.: | TX-13-30938 |
| COURT OF APPEAL CASE NO.: | 05-14-01492-CV |
| | |
| APPELLANT: | Sorab Miraki |
| APPELLEE: | Dallas County |
| | |
| APPELLANT ATTORNEY: | Pro se |
| SBOT NO.: | NA |
| ADDRESS: | 311 Aston Drive |
| | Richardson, TX 75080 |
| | |
| TELEPHONE NUMBER: | 972-805-3410 |
| FAX NUMBER: | NA |

**Dear Ms. Matz:**

In reference to the above styled and numbered cause, our records reflect the due date for the Clerk's Record was **December 28, 2014**. Pursuant to TEX.R.APP.P 35.1. 35.3(a), and 37.3(b), the Clerk's Record has been prepared but is being held for non-payment of **$138.00.**

FELICIA PITRE
District Clerk
Dallas County, Texas
By BRIDGETTE VATION, Deputy

6 0 0  COMMERCE  STREET    DALLAS,  TEXAS  75202   (214) - 653 - 7301
FAX (214) - 653 - 6634    e-mail: Felicia.Pitre@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html